Roy Law, LLC

Chris Roy, OSB #031777
*Admitted Pro Hac Vice*
Roy Law
520 Southwest Yamhill Street
Suite 212
Portland, Oregon 97204
PH:  503-206-4313
FAX: 855-344-1726
chris@roylawpdx.com

 Of Attorneys for Plaintiff
 MONIQUE BRYAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MONIQUE BRYAN,<br><br>                Plaintiff,<br>         v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                Defendant. | Case No. 1:16-cv-00471-RLP<br><br>STIPULATED DISMISSAL WITH PREJUDICE<br><br>Trial Date: None |

Because this matter has been compromised, pursuant to Fed. R. Civ. P 41(a)(1), Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate that all claims and counterclaims alleged in the above entitled action are dismissed with prejudice, and without an award of attorney fees and/or costs to either party.

Page 1 –Stipulated Motion for Dismissal with Prejudice

**ROY LAW**
520 SW Yamhill, #212
Portland, OR 97204
TEL  503-206-4313
FAX 855-344-1726

chris@roylawpdx.com

DATED: Honolulu, Hawaii, December 21, 2016.

>*/s/ Chris Roy*
>CHRIS ROY
>
>Attorney for Plaintiff
>MONIQUE BRYAN

DATED: Honolulu, Hawaii, December 21, 2016.

>*/s/ William N. Ota*
>WILLIAM N. OTA
>
>Attorney for Plaintiff
>MONIQUE BRYAN

DATED: Honolulu, Hawaii, December 21, 2016.

>*/s/ Keith K. Hiraoka*
>KEITH K. HIRAOKA
>
>Attorney for Defendant
>METROPOLITAN LIFE
>INSURNCE COMPANY

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Page 2 –Stipulated Motion for Dismissal with Prejudice

**ROY LAW**
520 SW Yamhill, #212
Portland, OR 97204
TEL 503-206-4313
FAX 855-344-1726

chris@roylawpdx.com